**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1268**

LAWRENCE VERLINE WILDER, SR.,

              Plaintiff - Appellant,

      v.

BRENDA J. DAVIS,

              Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. William D. Quarles, Jr., District Judge. (1:97-cv-02509-FNS)

Submitted: March 12, 2010          Decided: March 30, 2010

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order denying his motion to reconsider the denial of his request to reopen a civil action that has been closed for ten years.[*] We have reviewed the record and find no abuse of discretion. See Heyman v. M.L. Mktg. Co., 116 F.3d 91, 94 (4th Cir. 1997) (providing standard). Accordingly, we deny Wilder's motion for appointment of counsel and affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Wilder filed a pro se notice of appeal outside of the appeal period, and we remanded to the district court to determine whether Wilder had demonstrated excusable neglect or good cause warranting an extension of the appeal period. See Wilder v. Davis, 298 F. App'x 225 (4th Cir. 2008) (No. 08-1268). The district court found Wilder demonstrated excusable neglect and therefore deemed the notice of appeal timely filed. Accordingly, we review the appeal on the merits.

2